AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED
OCT 28 2019
David J. Bradley, Clerk

| United States of America | ) |
|---|---|
| v. | ) |
| Fernando PEREZ | ) Case No. M-19-2615-M |
| (United States Citizen) | ) |
| DOB: 03/27/1982 | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __October 27, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 | Knowingly and intentionally possessed with intent to distribute approximately 66 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

See Attachment "A"

✓ Continued on the attached sheet.

Approved
AUSA L. Garcia

_____
Complainant's signature

Isidro Martinez, HSI Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: 10/28/2019

_____
Judge's signature

City and state: McAllen, Texas

U.S. Magistrate Juan F. Alanis
Printed name and title

Attachment A

On October 27, 2019, Homeland Security Investigations (HSI) responded to the scene of a traffic stop for a speeding violation conducted by the Palmview Police Department (PPD) in Palmview, Texas. Law enforcement received information that a tractor trailer matching the description and location of the tractor trailer that was traffic stopped was possibly transporting narcotics.

During the traffic stop an officer with PPD obtained consent from the sole occupant of the tractor, Fernando PEREZ, for a canine and physical search of the tractor trailer.

A Hidalgo County Sheriff's Office Deputy arrived with his service canine to conduct the search. The canine alerted to the sleeper cab area of the tractor. A subsequent search of the cab revealed duffle bags, clearly visible from inside the cab, located on the bunk beds of the sleeper area. The duffle bags were located within proximity of the driver's seat, comingled with PEREZ's personal belongings. Inside the duffle bags were 56 bundles wrapped in black tape with a total weight of 66.22 kilograms. The bundles were probed and were found to contain a white powdery substance which field tested positive for the characteristics of cocaine. A currency counting machine was also located on top of bed close to the duffle bags.

PEREZ was placed under arrest and transported to the HSI McAllen field office where he invoked his Miranda rights and refused to make a statement.